UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **FELIX RIOS TORRES,**<br><br>*Petitioner*,<br><br>v.<br><br>**JOHN OR JANE DOE, IN HIS/HER OFFICIAL CAPACITY AS WARDEN OF 8915 MONTANA AVE, EL PASO, TEXAS, DETENTION CENTER; MARY DE ANDA-YBARRA, IN HER OFFICIAL CAPACITY AS ENFORCEMENT AND REMOVAL OPERATION (ERO) FIELD OFFICE DIRECTOR FOR ICE IN EL PASO, TEXAS; TODD LYONS, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF ICE; KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF HOMELAND SECURITY; and PAMELA BONDI, IN HER OFFICIAL CAPACITY AS U.S. ATTORNEY GENERAL,**<br><br>*Respondents*. | No. 3:26-CV-00425-LS |

## ORDER FOR SERVICE

Petitioner Felix Rios Torres challenges his custody through a petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1] His petition raises issues which require Respondents to show cause why the court should not grant the relief Petitioner seeks.[2]

Therefore, the Clerk shall serve copies of the petition and this order upon Respondents through their counsel, the United States Attorney for the Western District of Texas. Due to the

---

[1] ECF No. 1.
[2] *See* 28 U.S.C. § 2243.

government's need to review its records, the Court will extend the show-cause deadline pursuant to 28 U.S.C. § 2243.

Respondents shall show cause by **March 5, 2026**, why the Court should not grant the relief Petitioner seeks by filing an answer or other responsive pleading.

**SO ORDERED**.

**SIGNED** and **ENTERED** on February 13, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**